ARTIN BETPERA (State Bar No. 244477)
ab@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
AURORA COMMERCIAL CORP. (erroneously
sued as AURORA COMMERCIAL CORP., as
Successor by merger to AURORA BANK FSB)
and NATIONSTAR MORTGAGE LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| RONALD GENGLER; CYNTHIA GENGLER,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA COMMERCIAL CORP., as Successor by merger to AURORA BANK FSB; NATIONSTAR MORTGAGE, L.L.C.; QUALITY LOAN SERVICE CORP and Does 1-100,<br><br>Defendants. | Case No. 5:15-cv-2016<br>The Hon.<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**(LOCAL RULE 7.1-1)**<br><br>Action Filed: August 27, 2015<br>Trial Date: None Set |

11951.0660/5128862.1

1   Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for
2   Defendants AURORA COMMERCIAL CORP. (erroneously sued as AURORA
3   COMMERCIAL CORP., as Successor by merger to AURORA BANK FSB) and
4   NATIONSTAR MORTGAGE LLC certify that the following listed parties may
5   have a direct, pecuniary interest in the outcome of this case.  These representations
6   are made to enable the Court to evaluate possible disqualification or recusal.
7        1.   RONALD GENGLER is an individual.
8        2.   CYNTHIA GENGLER is an individual.
9        3.   AURORA COMMERCIAL CORP. is a Delaware corporation and the
10  successor organization to Aurora Bank FSB, which has ceased operations.
11       4.   NATIONSTAR MORTGAGE LLC is a Delaware limited liability
12  company and is owned by Nationstar Sub1 LLC and Nationstar Sub 2 LLC.
13  Nationstar Sub1 LLC and Nationstar Sub2 LLC are both wholly owned by
14  Nationstar Mortgage Holdings, Inc., a company publicly traded on the New York
15  Stock Exchange under the symbol NSM.  The stock of Nationstar Mortgage
16  Holdings, Inc. is owned approximately 80% by FIF HE Holdings LLC, a Delaware
17  limited liability company, and approximately 20% by public stockholders.
18       5.   QUALITY LOAN SERVICE CORPORATION is a California
19  corporation.

20  DATED:  September 30, 2015     SEVERSON & WERSON
21                                 A Professional Corporation

22                                 By:   */s/Artin Betpera*
                                         ARTIN BETPERA
23

24                                 Attorneys for Defendants
25                                 AURORA COMMERCIAL CORP.
                                   (erroneously sued as AURORA
26                                 COMMERCIAL CORP., as Successor by
27                                 merger to AURORA BANK FSB) and
                                   NATIONSTAR MORTGAGE LLC
28

11951.0660/5128862.1                -1-
CERTIFICATION AND NOTICE OF INTERESTED PARTIES