Ronald Gengler
Cynthia Gengler
P.O. Box 426
Thousand Palms, CA 92776
(760) 920-6168

Plaintiffs, in Pro Per

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| RONALD GENGLER; CYNTHIA GENGLER, ,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA COMMERCIAL CORP., as Successor be merger to AURORA BANK FSB; NATIONSTAR MORTGAGE, L.L.C.; QUALITY LOAN SERVICE CORP and Does 1-100, ,<br><br>Defendants. | Case No. 5:15-cv-02016 JGB (SPx)<br>The Hon. Jesus G. Bernal<br>Ctrm. 1 – Riverside<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Action Filed: August 27, 2015<br>Trial Date: None Set |

1  NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a),
2  Plaintiffs Ronald Gengler and Cynthia Gengler voluntarily dismiss the above-
3  captioned action without prejudice.
4  DATED: November 12, 2015

By: _____
RONALD GENGLER

Plaintiff, in Pro Per

DATED: November 12, 2015

By: _____
CYNTHIA GENGLER

Plaintiff, in Pro Per

# PROOF OF SERVICE
## Gengler, et al. v. Aurora Commercial Corp., et al.
### USDC Case No.: 5:15-cv-02016 JGB (SPx)

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On November 13, 2015, I served true copies of the following document(s): **NOTICE OF VOLUNTARY DISMISSAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2015, at Irvine, California.

_____
RYAN J. BROOKS

| | |
|---|---|
| 1 | |
| 2 | **SERVICE LIST**<br>*Gengler, et al. v. Aurora Commercial Corp., et al.*<br>USDC Case No.: 5:15-cv-02016 JGB (SPx) |
| 3 | Ronald Gengler |
| | Cynthia Gengler |
| 4 | P.O. Box 426 |
| | Thousand Palms. CA 92276 |

Ronald Gengler
Cynthia Gengler
P.O. Box 426
Thousand Palms. CA 92276

Plaintiffs in Pro Per

Telephone:   760.920.6168

Daniel J. Goulding
Julie O. Molteni
QUALITY LOAN SERVICE CORPORATION
411 Ivy Street
San Diego, CA 92101

Corporate Counsel for QUALITY LOAN SERVICE CORPORATION

Telephone:   619.645.7711
Facsimile:    619.568.3518

**FILED DNMS**